TRIAL COURT CASE NO. <u>D-1-GN-19-000436</u>

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>TRAVIS COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 10:12:16 AM
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: <u>JUNE 16, 2025</u>

Type of Order (Interlocutory or Final) <u>ACCELERATED</u>

Date Motion for New Trial Filed: 

Request for Findings of Fact and Conclusions of Law filed: 

Date Notice of Appeal Filed: <u>JUNE 30, 2025</u>

Name of judge who entered judgment: <u>MAYA GUERRA GAMBLE</u>

Name of court reporter: <u>ALICIA DUBOIS</u>

Address of court reporter: <u>1700 GUADALUPE, 11TH FLOOR, AUSTIN, TX 78701</u>

Name of attorney on appeal: <u>ALI THORBURN</u>   SB#: <u>24125064</u>

Attorney Address: <u>PO BOX 12548, CAPITOL STATION, AUSTIN, TX 78711-2548</u>

Attorney E-Mail Address: <u>ali.thorburn@oag.texas.gov</u>

Attorney on appeal (check applicable box):

☐ appointed   ☑ retained   ☐ Pro Se

Name of Appellee's Attorney: <u>REESE BAKER</u>   SB# <u>01587700</u>

Attorney Address: <u>950 ECHO LANE,SUITE 200, HOUSTON, TX 77024</u>

Attorney E-Mail Address: <u>COURTDOCS@BAKERASSOCIATES.NET</u>

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: <u>3rdClerksAndReporters@txcourts.gov</u>)

Court Reporter: _____E-Mail   _____Hand Delivery   _____Mail

On_____   By:_____(clerk's initials)